SEYFARTH SHAW LLP
Kenneth D. Sulzer (SBN 120253)
Eric M. Steinert (SBN 168384)
Joseph R. Becerra (SBN 210709)
2029 Century Park East, Suite 3300
Los Angeles, CA 90067-3063
Telephone: (310) 277-7200
Facsimile: (310) 201-5219

Attorneys for Defendant
WACHOVIA SECURITIES, LLC

JOHN M. KELSON, (SBN 75462)
LAW OFFICE OF JOHN M. KELSON
180 Grand Avenue, Suite 1550
Oakland, CA 94612
Telephone: (510) 465-1326

Attorneys for Plaintiffs and Plaintiff Class
CARRIE MORICH and SCOTT LOWE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARRIE MORICH and SCOTT LOWE, on behalf of themselves, the general public, and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>WACHOVIA CORPORATION, a corporation; WACHOVIA SECURITIES LLC, a corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. C 06 00211 CW<br><br>**STIPULATION TO TRANSFER CASE;** [PROPOSED] **ORDER** |

WHEREAS, 28 U.S.C. § 1404(a) provides that parties may stipulate to transfer a case pending in United States District Court to another United States District Court, where venue is proper, for the convenience of parties and witnesses and in the interest of justice;

WHEREAS, the following cases are currently pending against Defendants Wachovia Securities, LLC and/or Prudential Equity Group, LLC in the United States District Court for the Central District of California before Judge David O. Carter: *Dewane v. Prudential Equity Group, Inc.*, case number SA CV 05-1031 DOC (RNBx); *Burakoff v. Wachovia Corporation*, case number SA CV 05-7550 DOC (RNBx); *Graham v. Wachovia Securities, Inc.*, case number SA CV 05-8187 DOC (RNBx); and *Carayanis v. Wachovia Securities, LLC*, case number SA CV 05-8370 DOC (RNBx) (hereinafter the "Related Cases");

WHEREAS, the Related Cases are brought on behalf of the same putative class and share common factual and legal allegations with the instant case;

WHEREAS, the Related Cases, the instant case, and *DiLustro v. Prudential Securities, Inc.*, case number C 05-CV 2143 W, currently pending in the Southern District of California, also share common factual and legal allegations and are brought on behalf of the same putative class; and

WHEREAS, the parties to *DiLustro* have also agreed to transfer that case to the Central District of California.

IT IS HEREBY STIPULATED by and among the parties hereto, through their respective counsel of record:

1. Transferring the instant case to the Central District of California, where it will presumably be assigned to Judge Carter and coordinated with the other Related Cases and *DiLustro*, will be more convenient to the witnesses and parties and better serves the interests of justice, by providing for more efficient resolution of the issues and conserving judicial resources;

2. Venue is proper in the Central District of California; and

3. The parties hereby request transfer to the United States District Court for the Central District of California pursuant to 28 U.S.C. 1404(a).

DATED: January 24, 2006

SEYFARTH SHAW LLP

By _____
Eric M. Steinert
Attorneys for Defendant
WACHOVIA SECURITIES, LLC

DATED: January 24, 2006

LAW OFFICE OF JOHN M. KELSON

By _____
John M. Kelson
Attorneys for Plaintiff
CARRIE MORICH and SCOTT LOWE

## ORDER

Pursuant to stipulation, IT IS SO ORDERED that *Morich v. Wachovia Corporation et al.*, case number C 06 00211 CW, be transferred to the United States District Court for the Central District of California, where venue is proper. Such transfer is made for the convenience of the parties and witnesses and in the interests of justice.

DATED: 2/1/06

Hon. Claudia Wilken
UNITED STATES DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

GRANTED
Judge Claudia Wilken

# PROOF OF SERVICE

STATE OF CALIFORNIA   )
                      ) ss
COUNTY OF LOS ANGELES )

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Seyfarth Shaw LLP, 2029 Century Park East, Suite 3300, Los Angeles, California 90067-3063. On January 25, 2006, I served the within documents:

**STIPULATION TO TRANSFER CASE; [PROPOSED] ORDER**

☐ I sent such document from facsimile machine (310) 201-5219 on January 25, 2006. I certify that said transmission was completed and that all pages were received and that a report was generated by facsimile machine (310) 201-5219 which confirms said transmission and receipt. I, thereafter, mailed a copy to the interested party(ies) in this action by placing a true copy thereof enclosed in sealed envelope(s) addressed to the parties listed below.

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below.

☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

Mark R. Thierman, Esq.
Thierman Law Firm P.C.
7287 Lakeside Drive
Reno, Nevada 89511

John Kelson, Esq.
Law Office of John M. Kelson
180 Grand Avenue, Suite 1550
Oakland, CA 94612

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than on day after the date of deposit for mailing in affidavit.

I declare that I am employed in the office of a member of the bar of this court whose direction the service was made.

Executed on January 25, 2006, at Los Angeles, California.

_____
James Aguilera

LA1 6561983.4 / 36962-000047